IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

    v.                No. 07-50046-001

EDUARDO PEREZ-CARRILLO                                                        DEFENDANT

### ORDER

Now on this 26TH day of March, 2008, comes on to be considered the defendant's **Motion and Amended Motion to Discharge Bond, Exonerate Surety and Return Cash (Docs. 39, 41)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1.    Defendant was remanded to custody after pleading guilty to the offense at issue.

    2.    The Government has advised that it has no objection to the return of the bond.

    3.    Accordingly, the Court hereby **GRANTS** the **Amended Motion (Doc. 41)** and **DENIES** the original **Motion (Doc. 39)** as moot. The Clerk of the Court is directed to release the $5,000.00 bond and return the bond to Mr. Sergio Perez at 103 Smith Street, Center, TX 75935-3227.

    4.    The surety on the bond, Mr. Ronald Roden, is hereby ordered exonerated.

    IT IS SO ORDERED.

                                    /s/ Jimm Larry Hendren
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**